UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

LATISHA TENIA JOYNER,                    )
            Plaintiff,                   )
                                         )    **JUDGMENT IN A CIVIL CASE**
        v.                               )    **CASE NO. 4:12-CV-18-BO**
                                         )
MICHAEL J. ASTRUE,                       )
Commissioner of Social Security,         )
            Defendant.                   )

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the Plaintiff's Motion for Judgment on the pleadings is GRANTED, the Defendant's Motion for Judgment on the Pleadings is DENIED, and the action is REMANDED to the Commissioner for proceedings consistent with this Order.

**This Judgment Filed and Entered on January 25, 2013, and Copies To:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Derrick Kyle Arrowood (via CM/ECF Notice of Electronic Filing)
Jamie D.C. Dixon (via CM/ECF Notice of Electronic Filing)

DATE                                JULIE A. RICHARDS, CLERK
January 25, 2013                      /s/ Susan K. Edwards
                                    (By) Susan K. Edwards, Deputy Clerk